Betty Humphrey v.
Centers for Youth and Families, Inc., et. al.

Jill Sanden
September 7, 2016

Page 61

1  intentionally -- it was done?
2  A  Yes.
3  Q  Now, did Doug Stadter have any actions -- or, did
4  he even know about this termination of Betty Humphrey?
5  A  He did, yes.
6  Q  He did?
7  A  Yes.
8  Q  What did he know?
9  A  I mean, he knew that she would be terminated.
10 Q  How did he know?
11 A  He reviewed it with risk management.
12 Q  Oh, he even reviewed it with risk management?
13 A  I believe so.
14 Q  And he's a white male?
15 A  Yes.
16 Q  At that particular level, or above -- did anybody
17 black person get a chance to review, or have some sort
18 of input, at your level or above?
19 A  Not that I'm aware of.
20 Q  And he also agreed that Betty Humphrey should be
21 terminated?
22 A  Yes.
23 Q  Was he aware of -- or would he have known that, if
24 Betty Humphrey got terminated, she would probably --
25 well, she would lose future pay, and she would lose

Page 62

1  future benefits, that she would lose vacation pay?  He
2  would've known that wouldn't he?
3          MS. GILBERT: Object to form.
4  A  Yes, he would've known.
5  Q  (BY MR. SMITH) All right.  Does Doug Stadter get
6  involved with the termination of every employee at
7  Centers for Youth and Families?
8  A  No.
9  Q  Why was this one brought to his attention?
10 A  So, around that time, you probably noticed that we
11 terminated several people, on that same day even, but
12 around that same time frame.
13 Q  Oh, you did?
14 A  Yes.
15 Q  That's all right.  I'll look it up.  You just gave
16 the stuff to me last night, so I'll look at it.  All
17 right.  Go ahead.
18 A  So, we terminated several people at the time, and
19 we had recently -- there was a position that had
20 recently began, and that was to review video footage of
21 every hold that took place, and that position started at
22 the end of July of 2014.  And when that started, and
23 there were so many of them, then I think that's why
24 Doug, and possibly some other members, might have viewed
25 those videos with risk management before the action took

Page 63

1  place.
2  Q  As a result of this -- and I haven't really looked
3  at it, but I can just about guess -- everybody that got
4  fired was black?
5  A  I don't know.  I would have to look at the --
6  Q  Can you name one white person that got fired after
7  y'all started doing this thing?
8  A  I'm not certain.  I would have to go back and
9  look.
10 Q  Is it possible for us to get a copy of all of this
11 stuff that he looked at, at the end of July, 2014, to
12 see whether or not it desperately effected the black
13 people, as opposed to the white people?
14 A  Well, you can look at those that were terminated,
15 I guess, around that same date.
16          MR. SMITH: Ms. Gilbert, do you think you
17     can make that available to me?
18          MS. GILBERT: I am taking down the request.
19          MR. SMITH: All right.
20 Q  (BY MR. SMITH) Had y'all ever thought about the
21 fact that -- well, first of all, you all knew that all
22 of your lower-level employees are basically black?  You
23 all know that don't you?
24 A  Yes.
25          MS. GILBERT: Object to form.

Page 64

1  A  I mean, I'll say that our mental health
2  technicians, I believe are.
3  Q  (BY MR. SMITH) Are black?
4  A  Yes.
5  Q  Well, yeah.  Those are the lowest paid, aren't
6  they?
7  A  No, they're not the lowest paid.
8  Q  Who's not the lowest paid?  Who's paid lower than
9  they are?
10 A  Well, I'd have to go look, but there are other
11 positions that are lower.  Sorry, I just don't know.
12 Q  But, they're probably black too, aren't they?
13 A  No.
14          MS. GILBERT: Object to form.
15 Q  (BY MR. SMITH) All right.  Did it ever occur to
16 any of you all that with the MPPs, that whatever it is
17 that you all had intentionally decided to do here on --
18 I guess, after July 2014, that it was disproportionately
19 affecting black people?
20 A  No.
21          MS. GILBERT: Object to form.
22 Q  (BY MR. SMITH) You never thought about that?
23 A  No.
24 Q  You did see they were all black?
25 A  No.  Honestly, when it comes my direction, I don't

EXHIBIT A

Tiffanie Harrison

(16) Pages 61 - 64