UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BETTY HUMPHREY                                                                          PLAINTIFF

vs.                                    Case No.  4:16-CV-00036-SWW

CENTERS FOR YOUTH
AND FAMILIES, INC.                                                                      DEFENDANT

JOINT MOTION TO DISMISS

On December 1, 2016, the parties to this action entered into an agreement pursuant to which all claims in this case have been settled (the "Agreement").  Because all claims in this case have been settled, the parties respectfully ask this Court to incorporate by reference the terms of the Agreement into an order of dismissal, dismiss this case with prejudice, and retain jurisdiction to enforce the Agreement.

WHEREFORE, and for good cause, the parties respectfully ask this Court to dismiss this case with prejudice and retain jurisdiction to enforce the Agreement.

Respectfully submitted,

By: /s/ Simmons S. Smith
Simmons S. Smith, AR Bar No. 76119
Attorney at Law
2420 S. Broadway St.
Little Rock, AR 72206
(501) 375-3993
sslawoffice@comcast.net

Attorneys for Plaintiff

KUTAK ROCK LLP

One Union National Plaza
124 West Capitol Ave. 20th Floor
Little Rock, Arkansas  72201
Attorney in Charge Direct:  501.975.3140
Main Dial:  501.975.3000
Fax:  501.975.3001

1

4827-1090-9504.1

By: /s/ James M. Gary

James M. Gary, AR Bar No. 80051
(Attorney in Charge and To Be Noticed)
jim.gary@kutakrock.com

Genoveva Gilbert, AR Bar No. 2002071
genoveva.gilbert@kutakrock.com

Attorneys for Defendants

4827-1090-9504.1