IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BETTY HUMPHREY, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:16-cv-00036-SWW |
| | * | |
| | * | |
| CENTERS FOR YOUTH AND | * | |
| FAMILIES, INC., | * | |
| | * | |
| Defendant. | * | |

### ORDER

The parties having reached a settlement, the joint motion [doc.#65] of the parties to dismiss this action with prejudice is hereby granted.[1]

IT IS SO ORDERED this 8th day of February 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] At the request of the parties, the Court will retain jurisdiction to enforce the settlement agreement.